MICHELE BECKWITH
Acting United States Attorney
COLLEEN M. KENNEDY
TARA A. AMIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Email: Tara.Amin@usdoj.gov

Attorneys for the United States

**FILED**

Jun 27, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA *ex rel.* AMERICAN INTEGRA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ELITE MEDICAL BILLING CORPORATION; STERLING PATHOLOGY MEDICAL CORPORATION, doing business as STERLING PATHOLOGY NATIONAL LABORATORIES, (also known as STERLING PATHOLOGY MEDICAL GROUP); CHANGGAO YANG, M.D. (also known as CHANG GAO YANG, and CHENGGAO YANG); MICHAEL OKUNIEWSKI; ELLIE LEKOV, M.D. (also known as ELLIE SUVOUZ LEKOV, and ELI LEKOV); JENNY CHANG, a.k.a JENNY AU; and DOES 1-10,<br><br>Defendants. | CASE NO. 1:23-cv-00756-BAM<br><br>UNITED STATES' AND STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL]** |

The United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the State of California, pursuant to California Government Code section 12652, subdivision (c)(6)(B), hereby notify the Court of their respective decisions not to intervene in the above-captioned action.

Although the United States and State of California decline to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows a relator to maintain the action in

the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.,* 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).

Similarly, the California False Claims Act provides that a *qui tam* action brought on behalf of the State of California "may be dismissed only with the written consent of the court and the Attorney General or prosecuting authority of a political subdivision, or both, as appropriate under the allegations of the civil action, taking into account the best interests of the parties involved and the public purposes behind this act." Cal. Gov't Code § 12652.

Therefore, the United States and State of California request that, should either the relator or one or more of the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States and State of California with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3) and California Government Code section 12652, subdivision (f)(1), the United States and State of California request that all pleadings filed in this action be served upon the United States and State of California; the United States and State of California also request that orders issued by the Court be sent to the United States' and State of California's counsel. The United States and State of California each reserve their independent rights to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States and State of California also each request that they be served with all notices of appeal.

Finally, the United States and State of California request that Relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States and State of California request that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' and State of California's investigation, such papers are provided by law to the Court

alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: June 27, 2025
MICHELE BECKWITH
Acting United States Attorney

/s/ *Tara Amin*
TARA AMIN
Assistant United States Attorney

Dated: June 27, 2025
ROB BONTA
Attorney General of California

/s/ *Jennifer S. Gregory*
JENNIFER S. GREGORY
Supervising Deputy Attorney General
California Department of Justice
Office of the Attorney General
*Attorneys for State of California*

# CERTIFICATE OF SERVICE BY EMAIL

The undersigned hereby certifies that he is an employee of the United States Attorney's Office for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; and

That on June 27, 2025, he served a copy of

**UNITED STATES' AND STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION**

**[PROPOSED] ORDER**

via email to the persons named below, at the addresses provided below, which are the persons' last known email addresses.

**ADDRESSEE(S):**

Gloria Morin Juarez
LAW OFFICES OF GLORIA JUAREZ
28202 Cabot Road, Suite 300
Laguna Niguel, CA 92677
Email: gloria@thegjlaw.com

                                                /s/ Isaac Shu
                                                ISAAC SHU