MICHELE BECKWITH
Acting United States Attorney
COLLEEN M. KENNEDY
TARA A. AMIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA *ex rel.* AMERICAN INTEGRA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ELITE MEDICAL BILLING CORPORATION; STERLING PATHOLOGY MEDICAL CORPORATION, doing business as STERLING PATHOLOGY NATIONAL LABORATORIES, (also known as STERLING PATHOLOGY MEDICAL GROUP); CHANGGAO YANG, M.D. (also known as CHANG GAO YANG, and CHENGGAO YANG); MICHAEL OKUNIEWSKI; ELLIE LEKOV, M.D. (also known as ELLIE SUVOUZ LEKOV, and ELI LEKOV); JENNY CHANG, a.k.a JENNY AU; and DOES 1-10,<br><br>Defendants. | CASE NO.  1:23-cv-00756-BAM<br><br>ORDER RE:  NOTICE |

The United States and State of California have declined to intervene in this *qui tam* action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and California Government Code Section 12652. Accordingly, the Court ORDERS that:

1.  The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and State of California, as provided in 31 U.S.C. § 3730(c)(3) and California Government Code section 12652, subdivision (f)(1).

5. The United States and State of California may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the United States and State of California;

7. All orders of this Court shall be sent to the United States and State of California; and

8. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and State of California with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: **July 3, 2025**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE