1  LAW OFFICES OF STEVEN GOLDSOBEL,
   A PROFESSIONAL CORPORATION
2  STEVEN M. GOLDSOBEL (SBN 166405)
3  steve@sgoldsobel.com
   1901 Avenue of the Stars, Suite 1040
4  Los Angeles, CA 90067
   Telephone: (310) 552-4848
5

6  Attorney for Defendants
   STERLING PATHOLOGY MEDICAL
7  CORPORATION, CHANGGAO YANG, M.D.,
   ELITE MEDICAL BILLING CORPORATION,
8  AND JENNY CHANG AKA JENNY AU

9  [*Additional counsel on signature page*]

10                **UNITED STATES DISTRICT COURT**

11                **EASTERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.* AMERICAN INTEGRA LLC<br><br>              Plaintiffs,<br>     v.<br><br>ELITE MEDICAL BILLING CORPORATION;<br><br>STERLING PATHOLOGY MEDICAL CORPORATION, doing business as STERLING PATHOLOGY NATIONAL LABORATORIES, (also known as STERLING PATHOLOGY MEDICAL GROUP);<br><br>CHANGGAO YANG, M.D. (also known as CHANG GAO YANG and CHENGGAO YANG);<br><br>MICHAEL OKUNIEWSKI;<br><br>ELLIE LEKOV, M.D. (also known as ELLIE SUVOUZ LEKOV, and ELI LEKOV);<br><br>JENNY CHANG, ak.a. JENNY AU;<br><br>and Does 1-10,<br><br>              Defendants. | Case No. 1:23-CV-00756-BAM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS ELITE MEDICAL BILLING CORPORATION, STERLING PATHOLOGY MEDICAL CORPORATION, CHANGGAO YANG, M.D., AND JENNY CHANG TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144(a) AND STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON RESPONSIVE MOTIONS** |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144(a) AND STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON RESPONSIVE MOTIONS**

Plaintiff and Relator American Integra LLC ("Plaintiff") and Defendants Elite Medical Billing Corporation, Sterling Pathology Medical Corporation, Changgao Yang, M.D. and Jenny Chang a.k.a. Jenny Au (collectively referred to as "Sterling and Elite Defendants") (Plaintiff and the Sterling and Elite Defendants are collectively referred to as "Parties"), by and through their respective counsel, hereby stipulate and state as follows:

WHEREAS, on May 12, 2023 Plaintiff filed under seal the Complaint in this action as a relator on behalf of the United States of America and the State of California (the "Complaint") (ECF No. 1);

WHEREAS, on June 27, 2025, the United States of America and State of California filed a Notice of Election to Decline Intervention (ECF No. 12) and the Complaint was ordered unsealed by order dated July 3, 2025 (ECF No. 13);

WHEREAS, the Sterling and Elite Defendants executed Waivers of Service of Summons received on October 6, 2025, thereby making their original deadline to respond to the Complaint December 5, 2025 (ECF Nos. 15-18);

WHEREAS, on November 21, 2025, the Parties conferred and agree that good cause exists to extend the Sterling and Elite Defendants' time to respond to the Complaint by 28 days to January 2, 2026 pursuant to Civil Local Rule 144 and whereas there has been no prior extension of the time to respond to the Complaint;

WHEREAS, the parties also conferred and agree that good cause exists to enter into the following briefing schedule regarding the Sterling and Elite Defendants' anticipated Motions to Dismiss the Complaint, which allows the Parties sufficient time to prepare the briefs set forth below, and accommodates the Parties' scheduling conflicts including related to holidays.  In addition to the 28-day extension to respond to the Complaint provided to the Sterling and Elite Defendants, the briefing schedule provides an additional 28-day extension for Oppositions. The Parties have not previously sought any extensions as to the briefing on the anticipated Motions to Dismiss.

//

- 1 -

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144(a) AND STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON RESPONSIVE MOTIONS**

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE as follows:

1. Pursuant to Civil Local Rule 144, the Sterling and Elite Defendants shall move, answer, or otherwise respond to the Complaint on or before January 2, 2026;

2. In the event that any of the Sterling and Elite Defendants respond to the Complaint with a motion, such as motions to dismiss, Plaintiff shall file its Oppositions on or before February 13, 2026;

3. The Sterling and Elite Defendants shall file any Reply Briefs on or before February 23, 2026.

IT IS SO STIPULATED.

Dated: November 21, 2025              **LAW OFFICES OF STEVEN GOLDSOBEL, A PROFESSIONAL CORPORATION**

By: _*/s/ Steven Goldsobel*_
    STEVEN M. GOLDSOBEL

Attorneys for Defendants STERLING PATHOLOGY MEDICAL CORPORATION, CHANGGAO YANG, M.D., JENNY CHANG, AND ELITE MEDICAL BILLING CORPORATION

Dated: November 21, 2025              **LAW OFFICES OF GLORIA JUAREZ**

By: */s/ Gloria Juarez* (as auth'd on Nov. 21, 2025)
    GLORIA JUAREZ (SBN 109115)
    gloria@thegjlaw.com
    28202 Cabot Road, Suite 300
    Laguna Niguel, CA 92677
    Telephone: 949-288-3042

Attorneys for Relator AMERICAN INTEGRA, LLC

- 2 -

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144(a) AND STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON RESPONSIVE MOTIONS**

ORDER

Based on the Parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED, that:

1. Defendants Elite Medical Billing Corporation, Sterling Pathology Medical Corporation, Changgao Yang, M.D. and Jenny Chang a.k.a. Jenny Au ("Sterling and Elite Defendants") shall move, answer, or otherwise respond to the Complaint on or before January 2, 2026 as stipulated pursuant to Civil Local Rule 144;

2. In the event that any of the Sterling and Elite Defendants responds to the Complaint with a motion, such as motions to dismiss, Plaintiff American Integra LLC shall file its Opposition Briefs on or before February 13, 2026;

3. The Sterling and Elite Defendants shall file any Reply Briefs on such motions on or before February 23, 2026.

IT IS FURTHER ORDERED that the Scheduling Conference currently set for 2/17/2026 is CONTINUED to **March 26, 2026, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **November 24, 2025**           /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

- 3 -

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144(a) AND STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON RESPONSIVE MOTIONS**