# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTEGRA LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ELITE MEDICAL BILLING<br>CORPORATION, et al.,<br><br>    Defendants. | Case No.  1:23-cv-00756-KES-FRS (SAB)<br><br>ORDER GRANTING JOHN C. EASON'S<br>*PRO HAC VICE* APPLICATION<br><br>(ECF No. 36) |

Before the Court is the application of John C. Eason, attorney for Defendants Elite Medical Billing Corporation, Sterling Pathology Medical Corporation, Changgao Yang, M.D., and Jenny Chang for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **February 27, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1