**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.* AMERICAN INTEGRA LLC<br><br>        Plaintiffs,<br><br>  v.<br><br>ELITE MEDICAL BILLING CORPORATION, STERLING PATHOLOGY MEDICAL CORPORATION, CHANGGAO YANG, M.D., MICHAEL OKUNIEWSKI, ELLIE LEKOV, M.D., JENNY CHANG, and Does 1-10,<br><br>        Defendants. | Case No. 1:23-CV-00756-KES-FRS (SAB)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE SCHEDULING CONFERENCE**<br><br>(ECF No. 42) |

**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF: CONTINUANCE OF SCHEDULING CONFERENCE**

This matter comes before the Court on moving Defendants Sterling Pathology Medical Corporation, Changgao Yang, M.D., Elite Medical Billing Corporation and Jenny Chang's ("Defendants") Motion for Administrative Relief: Continuance of Discovery Conference. (ECF No. 42.) After considering the motion submitted by Defendants, and other relevant pleadings and papers filed in this action,[1] and good cause appearing therefore, the Court hereby **GRANTS** Defendants' motion and the SCHEDULING CONFERENCE currently set for March 26, 2026 at 9:30 a.m. is continued to **May 26, 2026 at 9:30 AM**. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:    **March 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] On January 2, 2026, Defendants filed motions to dismiss Relator's initial complaint, which are pending before U.S. District Judge Kirk E. Sherriff. (ECF Nos. 23, 24, 30.) In addition, Defendant Sterling Pathology Medical Corporation, Changgao Yang, M.D., Elite Medical Billing Corporation and Jenny Chang moved for a stay of discovery during the pendency of the motions to dismiss. (ECF No. 43.)

- 1 -
**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF: CONTINUANCE OF SCHEDULING CONFERENCE**