STEVEN M. GOLDSOBEL (State Bar No. 166405)
FRANCISCA M. MOK (State Bar No. 206063)
VANDAD KHOSRAVIRAD (State Bar No. 253703)
LAW OFFICES OF STEVEN GOLDSOBEL,
A PROFESSIONAL CORPORATION
1901 Avenue of the Stars, Suite 1040
Los Angeles, CA 90067
Telephone: (310) 552-4848
steve@sgoldsobel.com
Francisca@sgoldsobel.com
Vandad@sgoldsobel.com

Attorney for Defendants
STERLING PATHOLOGY MEDICAL
CORPORATION, CHANGGAO YANG,
M.D., ELITE MEDICAL BILLING
CORPORATION, AND JENNY CHANG
AKA JENNY AU

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.* AMERICAN INTEGRA LLC<br><br>Plaintiffs,<br><br>v.<br><br>ELITE MEDICAL BILLING CORPORATION, STERLING PATHOLOGY MEDICAL CORPORATION, CHANGGAO YANG, M.D., MICHAEL OKUNIEWSKI, ELLIE LEKOV, M.D., JENNY CHANG, and Does 1-10,<br><br>Defendants. | Case No. 1:23-CV-00756-KES-FJS<br><br>**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF: CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Judge: Kirk. E. Sherriff<br>Court: 6 |

**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF: CONTINUANCE OF SCHEDULING CONFERENCE**

Pursuant to Local Rule 233 and the Court's Standing Order in Civil Cases, Defendants Sterling Pathology Medical Corporation ("Sterling Pathology"), Changgao Yang, M.D., Elite Medical Billing Corporation and Jenny Chang ("Defendants") file this Motion for Administrative Relief seeking a continuance of the Scheduling Conference presently set for May 26, 2026 until an appropriate time after the Magistrate rules on Defendants' pending motion to stay discovery.

## BACKGROUND

In May 2023, Relator American Integra LLC filed this *qui tam* action against Defendants. (Dkt. 1.)  Relator's Complaint alleges that Defendants violated the federal and state False Claims Acts ("FCA") by falsely billing for pathology services provided by Defendant Sterling Pathology and Dr. Yang.  The United States and the State of California declined to intervene in this action. (Dkt. 12.)  The matter was unsealed, and Relator elected to proceed following declination by the United States and the State of California.  Relator served the Complaint on Defendants in October 2025.

On January 2, 2026, Defendants filed motions to dismiss Relator's initial complaint. (Dkt. 24, 25.)  Defendants' motions assert, in part, that Relator's Complaint fails to plead the federal and state FCA claims with the particularity required by Rule 9(b), as required by Ninth Circuit precedent.  The motions also assert that the Complaint fails to plead the required elements for any federal or state FCA claim and that no private right of action exists that would permit Relator to pursue AKS violations or claims for unjust enrichment.  Relator filed responses to those motions, which included the filing of two declarations and nearly 200 pages of discovery materials from Relator's related state court proceeding under the guise of a "Request for Judicial Notice."  (Dkt. 31, 32.) Defendants' motions are fully dispositive and have been taken under submission by the Court. (Dkt. 41.)

The Court previously continued the initial Scheduling Conference to March 26, 2026, at 9:30 a.m.  (Dkt. 22.)  On March 4, 2026, the parties conferred via videoconference to discuss matters related to the Scheduling Conference.  During that

- 1 -

**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF: CONTINUANCE OF SCHEDULING CONFERENCE**

conference, Defendants requested that Relator agree to a stay of discovery until such time as the Court has ruled on the pending motions to dismiss.  Relator refused to agree to a stay of discovery.

As a result, on March 12, 2026, Defendants filed a motion to stay discovery, a memorandum of points and authorities supporting that motion and the Declaration of Steven Goldsobel in support of the motion to stay discovery. (Dkt 43.)  Relator opposed the motion to stay discovery.  (Dkt. 46.)  Defendants filed a reply in support of the stay motion.  (Dkt. 50.)  The motion to stay discovery was assigned to the Magistrate Judge Frank J. Singer on March 24, 2026 and remains pending.  (Dkt. 49.)

On April 23, 2026, Relator served four sets of written discovery consisting of Set 1 Requests for Admission and Set 1 Special Interrogatories to Defendant Changgao Yang, M.D. and Set 1 Requests for Admission and Set 1 Special Interrogatories to Defendant Sterling Pathology. The two Requests for Admission contain approximately 90 requests for admission.  The Special Interrogatories are equally expansive because they seek all facts in support of every denial made to a request for  admission,  and  seek information  into  the  finances  of  the  defendants.   Copies  of  Relator's  written discovery requests are attached to the concurrently filed Declaration of Steven Goldsobel as Exhibits A-D.

## BASIS FOR THE REQUESTED RELIEF

Defendants' motion to stay discovery is based on well-accepted law that a stay of discovery is appropriate where a defendant facing FCA claims files a dispositive motion to dismiss based on a *qui tam* relator's failure to plead the FCA claims with the particularity required by Federal Rule of Civil Procedure 9(b).  *See, e.g., United States ex rel. Modglin v. DJO Global Inc.*, 2014 WL 12564275, at *2-3 (C.D. Cal. Feb. 20, 2014) (staying discovery and citing cases).  A stay of discovery advances the purposes behind Rule 9(b) and assists in preservation of the resources of the parties and the Court. *Id.*

**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF: CONTINUANCE OF SCHEDULING CONFERENCE**

Here, Defendants have filed fully dispositive motions to dismiss, which have been taken under submission by the Court.  Currently, the Defendants' motion to stay discovery is pending.  During the pendency of the motion to stay discovery, Relator served Defendants with expansive discovery requests that the motion to stay seeks to pause pending the outcome of the Defendants' motions to dismiss.

Defendants seek continuance of the May 26, 2026 Scheduling Conference because it is compatible with the relief sought in Defendants' motion to stay discovery.  If the Court were to proceed with the Scheduling Conference, the parties would be required to submit a Joint Scheduling Report, containing the parties' positions on discovery deadlines and related topics.  At this point, however, the parties do not know whether Relator's Complaint (or any part of it) will survive Defendants' motions to dismiss. Proceeding with the Scheduling Conference would also undermine Rule 9(b) and its gatekeeping function.  *Id.* at *2 (discussing the importance of Rule 9(b) and its gatekeeping function where defendants have sought dismissal of FCA claims for failing to plead with the particularity required by Rule 9(b)).

As a result, Defendants respectfully submit that continuance of the Scheduling Conference until such time as the Magistrate has ruled on the pending motions to stay discovery.

### STATEMENT OF THE PARTIES' POSITION

Defendants conferred with Relator on March 4, 2026, by videoconference, and sought Relator's agreement to a stay of discovery.  Defendants again conferred with Relator on March 11, 2026, by email correspondence seeking Relator's agreement to a stay of discovery and continuance of the Scheduling Conference.  Relator declined to agree to the requested stay of discovery.

### CONCLUSION

Based on the foregoing, Defendants respectfully request that this Court continue the Scheduling Conference until such time as the Magistrate rules on Defendants'

**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF: CONTINUANCE OF SCHEDULING CONFERENCE**

pending motion to stay.  A proposed order is submitted along with this Motion for Administrative Relief.

Respectfully submitted,

Dated: April 29, 2026                    LAW OFFICES OF STEVEN GOLDSOBEL, A PROFESSIONAL CORPORATION

By:  */s/ Steven M. Goldsobel*
     STEVEN M. GOLDSOBEL
     FRANCISCA M. MOK
     VANDAD KHOSRAVIRAD

     MATTHEW CURLEY (admitted *pro hac vice*)
     JOHN EASON (admitted *pro hac vice*)
     BASS, BERRY & SIMS PLC
     21 Platform Way South, Suite 3500
     Nashville, TN 37203
     Telephone: (615) 742-7790
     mcurley@bassberry.com
     jeason@bassberry.com

     Attorneys for Defendants STERLING PATHOLOGY MEDICAL CORPORATION, CHANGGAO YANG, M.D., ELITE MEDICAL BILLING CORPORATION, AND JENNY CHANG

- 4 -

**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF: CONTINUANCE OF SCHEDULING CONFERENCE**