UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.* AMERICAN INTEGRA LLC<br><br>Plaintiffs,<br><br>v.<br><br>ELITE MEDICAL BILLING CORPORATION, STERLING PATHOLOGY MEDICAL CORPORATION, CHANGGAO YANG, M.D., MICHAEL OKUNIEWSKI, ELLIE LEKOV, M.D., JENNY CHANG, and Does 1-10,<br><br>Defendants. | Case No. 1:23-cv-00756-KES-FJS<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 51) |

INTRODUCTION

On January 2, 2026, Defendants Jenny Chang and Elite Medical Billing Corporation filed a motion to dismiss. (ECF No. 23.) On January 2, 2026, Defendants Sterling Pathology Medical Corporation and Changgao, M.D., filed their motion to dismiss. (ECF No. 24.) These motions were taken under submission by the court on March 6, 2026. (ECF No. 41.)

On April 29, 2026, Defendants Sterling Pathology Medical Corporation, Changgao Yang, M.D., Elite Medical Billing Corporation, and Jenny Chang, brought a motion for administrative relief pursuant to Local Rule 233. (ECF No. 36.) Neither Plaintiff American Integra, LLC, nor

intervening Plaintiffs the State of California and the United States of America filed an opposition or supporting statement relating to Defendants' motion for administrative relief.

Local Rule 233, allows parties to address administrative matters that do "not affect dispositive motion filing dates, trial dates, or the final pre-trial conference." Accordingly, Defendants' motion to vacate the May 26, 2026, scheduling conference pending this court's ruling on Defendants' motion to dismiss is the proper subject of administrative relief.

ORDER

Based on the pending motions to dismiss before the court (ECF Nos. 23; 24), Defendants' motion for administrative relief (ECF No. 51), Plaintiffs' lack of opposition, and for good cause appearing, the court HEREBY GRANTS Defendants' motion to vacate the May 26, 2026, scheduling conference at 9:30 a.m.

IT IS SO ORDERED.

Dated:    **May 14, 2026**

_____
UNITED STATES MAGISTRATE JUDGE