UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTEGRA LLC, et al.,<br>Plaintiffs,<br>v.<br>ELITE MEDICAL BILLING CORPORATION, et al.,<br>Defendants. | Case No. 1:23-cv-00756-KES-FJS<br><br>ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION |

On May 26, 2026, Defendants Sterling Pathology Medical Corporation and Changgao Yang, M.D. (collectively "Defendants") moved for a protective order. (ECF No. 53). On June 8, 2026, Plaintiff American Integra, LLC ("Plaintiff") filed an opposition. (ECF No. 57.) Defendants did not file a reply, and the time to do so has since passed.

The court deems Defendants' motion, currently noticed for hearing on July 31, 2026, at 10:00 am before Magistrate Judge Frank J. Singer, suitable for decision without oral argument pursuant to Local Rule 230(g). As such, the court ORDERS the hearing VACATED, with the matter to be taken under submission as of that date.

IT IS SO ORDERED.

Dated: **July 24, 2026**

UNITED STATES MAGISTRATE JUDGE